Anne Indemini, Appellant, v Beth Israel Medical Center, Respondent.

Submitted December 20, 2004; decided January 6, 2005

Motion by Healthcare Association of New York State for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judge R.S. SMITH taking no part.